UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Atlantic Casualty Insurance Company, Inc., )<br>)<br>)<br>Plaintiff(s) )<br>) Case No. 4:10cv00778DJS<br>vs. )<br>)<br>River Hills Antique Tractor Club, Inc., et al., )<br>)<br>)<br>Defendant(s) ) | |

## **ORDER**

The above styled and numbered case was filed on April 29, 2010 and randomly assigned to the Honorable Donald J. Stohr , United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:10cv00072 and randomly assigned to Honorable Lewis M. Blanton, United States Magistrate Judge.

Dated this 30th day of April, 2010.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 1:10cv00072LMB.**.